UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEREK M. WOODEN, | ) | 1:06-cv-0529 AWI LJO HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE RESPONSE/TRAVERSE |
| | ) | (DOCUMENT #21) |
| A. K. SCRIBNER, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 23, 2006, petitioner filed a motion to extend time to file a traverse. Petitioner also states he is unclear as to what a traverse is. Petitioner is advised that "traverse" is another term for a reply to Respondent's answer. As provided in the Advisory Committee Notes to Rule 5 of the Rules Governing Section 2254 Cases, a traverse is entirely optional except in those rare cases where it will serve a truly useful purpose. Thus, it is Petitioner's choice whether he wishes to file a reply/traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his reply/traverse to Respondent's answer.

IT IS SO ORDERED.

**Dated:   November 15, 2006**          **/s/ Lawrence J. O'Neill**
23ehd0                                                              UNITED STATES MAGISTRATE JUDGE