IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK M. WOODEN,<br><br>            Petitioner,<br><br>     vs.<br><br>A.K. SCRIBNER,<br><br>            Respondent.<br>_____/ | 1:06-cv-00529-AWI-GSA (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #28)<br><br>THIRTY  DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On July 16, 2008, petitioner filed a motion to extend time to file Objections to the Findings and Recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file any objections to the Findings and Recommendations.

IT IS SO ORDERED.

Dated:   **July 23, 2008**           **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE