1

2

3

4

5

6

7

8                                          UNITED STATES DISTRICT COURT

9                                          EASTERN DISTRICT OF CALIFORNIA

10

11    DEREK M. WOODEN,                                    1:06-cv-00529-AWI-GSA-(HC)

12                    Petitioner,
                                                          ORDER DENYING MOTION FOR
13          vs.                                           APPOINTMENT OF COUNSEL

14    PEOPLE OF THE STATE OF
      CALIFORNIA, et al.,                                 (DOCUMENT #36)
15
                      Respondent.
16
      _____/
17
              Petitioner has requested the appointment of counsel.  There currently exists no absolute
18
      right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d
19
      479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),
20
      cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment
21
      of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules
22
      Governing Section 2254 Cases.  In the present case, the court does not find that the interests of
23
      justice would be served by the appointment of counsel at the present time.  The case has been
24
      closed since October 21, 2008. Accordingly, IT IS HEREBY ORDERED that petitioner's request
25
      for appointment of counsel is denied.
26
              IT IS SO ORDERED.
27
          Dated:   **July 27, 2009**          _____**/s/ Gary S. Austin**_____
28                                              UNITED STATES MAGISTRATE JUDGE